Name: Susan Huitt
Address: 16617 SE Naegeli Dr.
Pdx OR 97236
Phone: 503465-6639

FILED 17 JUN '16 17:05 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

Susan Huitt

　　　　　　　　Plaintiff(s),

vs.

OptumHealth

　　　　　　　　Defendant(s).

Civil Case No: 3:14-cv-01064-BR

Change of Address

New Address

16617 SE Naegeli Dr.
Portland, OR 97236

503 465-6639

Dated: 6/17/16

Susan Huitt