**FILED**

**MAR 02 2017**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUSAN HUITT,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>OPTUM HEALTH SERVICES, a wholly-owned subsidiary of UNITED HEALTH GROUP, INC.,<br><br>        Defendant-Appellee. | No.   16-36007<br><br>D.C. No. 3:14-cv-01064-BR<br>District of Oregon,<br>Portland<br><br><br>ORDER |

Before:  CANBY and CLIFTON, Circuit Judges.

     Appellant's motion for appointment of counsel (Docket Entry No. 3) is denied.  No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

     A review of the district court docket reflects that on December 5, 2016, the district court granted appellant leave to proceed in forma pauperis on appeal. Accordingly, appellant's motion to proceed in forma pauperis (Docket Entry No. 2) is denied as unnecessary.

sz/MOATT

The briefing schedule shall proceed as follows: the opening brief is due April 10, 2017; the answering brief is due May 10, 2017; and the optional reply brief is due within 14 days after service of the answering brief.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellee's supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellee's brief. *See* 9th Cir. R. 30-1.7.