UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN HUITT,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>OPTUM HEALTH SERVICES, a wholly-owned subsidiary of UNITED HEALTH GROUP, INC.,,<br><br>　　　　Defendant - Appellee. | No. 16-36007<br><br>D.C. No. 3:14-cv-01064-BR<br>U.S. District Court for Oregon, Portland<br><br>**ORDER** |

　　A review of the docket demonstrates that appellant has failed to file the opening brief in this case.

　　Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

　　This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Estela Urrutia
Deputy Clerk
Ninth Circuit Rule 27-7